AO 442 (Rev. 01/09) Arrest Warrant



# UNITED STATES DISTRICT COURT
для the
Eastern District of Wisconsin

United States of America
v.

JASON M. LUDKE

*Defendant*

Case No. 09-CR-222

U.S. DISTRICT COURT
EASTERN DIST-WI
FILED
2010 MAY 24 A 10:05
JON W. SANFILIPPO
CLERK

2010 SEP 10 P 1:36
U.S. MARSHAL
MILWAUKEE, WI

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     Jason M. Ludke                ,
who is accused of an offense or violation based on the following document filed with the court:

☒ **Indictment**    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint

☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows: Mailing threatening communications.

Date:    September 10, 2009

*Signature*

City and state:    Milwaukee, Wisconsin

JON W. SANFILIPPO, Clerk, U.S. District Court
By: Karen Fahrenkrug, Deputy Clerk
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ at *(city and state)* Judgment issued. 5/14/10 Detainer Refiled |
| Date: _____ |
| *Arresting officer's signature* |
| Jacomet Sen USMS |
| *Printed name and title* |

AO 442 (Rev. 01/09) Arrest Warrant (Page 2)

Case 2:09-cr-00222-LA    Filed 05/24/10    Page 1 of 1    Document 40