UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

    Plaintiff,

    v.                                                    Case No. 09-CR-222

JASON M. LUDKE,

    Defendant.

---

**ORDER OF DETENTION PENDING REVOCATION HEARING**

---

    On May 16, 2016 the court held an initial appearance for the defendant upon his arrest on a warrant issued for violation of conditions of supervised release. The government is seeking detention. The defendant does not contest detention at this time. . The probation report reveals that the defendant quit his job and failed to return to the Brown County Huber Center and his whereabouts were unknown.

    The court concludes from the evidence presented and review of the probation report that no condition or combination of conditions will assure the defendant's appearance or the safety of the community if the defendant were to be released. Therefore, detention is warranted and the defendant will be detained.

    NOW, THEREFORE, IT IS ORDERED that the defendant, Jason M. Ludke be and hereby is committed to the custody of the United States Marshal Service pending further proceedings before Judge William C. Griesbach.

    SO ORDERED on May 17, 2016.

                                                                       s/ James R. Sickel
                                                                      James R. Sickel, U.S. Magistrate Judge
                                                                      United States District Court