# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA

V.

JASON LUDKE a/k/a
MUHAMMAD ABDUN NASSIR

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Probation or Supervised Release)

Case Number: 09-CR-222
USM Number: 09724-089

Thomas Phillip and Joshua Uller
Defendant's Attorneys
Benjamin Taibleson
Assistant United States Attorney

THE DEFENDANT:

☒    admitted guilt to violation of conditions of the term of supervision.

☐    was found in violation of condition(s) ⎯⎯⎯⎯⎯⎯⎯⎯⎯ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| **1** | **commission of another offense** | |
| **2** | **GPS monitoring violations** | |
| **3** | **leaving the district without permission** | |

    The defendant is sentenced as provided in Page 2 of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐    The defendant has not violated condition(s) ⎯⎯⎯⎯⎯⎯⎯ and is discharged as to such violation(s) condition.

    It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and the United States attorney of any material change in the economic circumstances.

Defendant's Last Four Digits of
Soc. Sec. No.:

Defendant's Year of Birth:    1980

Defendant's Residence City & State:

**February 26, 2019**
Date of Imposition of Judgment

/s Lynn Adelman

Signature of Judicial Officer

**Lynn Adelman, District Judge**
Name & Title of Judicial Officer

February 26, 2019
Date

AO 245D  (Rev. 12/03) Judgment in a Criminal Case for Revocations:
          Sheet 2 - Imprisonment

Defendant:          JASON LUDKE a/k/a MUHAMMAD ABDUN NASSIR
Case Number:        16-CR-175

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 24 months running concurrently with the sentence in Case No. 16-CR-175.

☒  The court makes the following recommendations to the Bureau of Prisons: place in Mid-Atlantic region.

☒  The defendant is remanded to the custody of the United States Marshal.

☐  The defendant shall surrender to the United States Marshal for this district.

    ☐  at _____ ☐ a.m.  ☐ p.m.  on _____

    ☐  as notified by the United States Marshal.

☐  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons,

    ☐  before 2 p.m. on _____

    ☐  as notified by the United States Marshal.

    ☐  as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By  _____
DEPUTY UNITED STATES MARSHAL